UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| 80/20 INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:15-cv-00221-RLM-SLC |
| | ) |
| BERENDSEN FLUID POWER, INC., | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiff 80/20 Inc., filed a complaint against Defendant Berendsen Fluid Power, Inc., on August 18, 2015, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 1). The complaint recites that 80/20 is an Indiana corporation with its headquarters in Indiana, and that "[u]pon information and belief," Berendsen is an Oklahoma corporation with its headquarters in Oklahoma. (DE 1 ¶¶ 1-2).

These jurisdictional allegations are inadequate with respect to Berendsen. "Allegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge." *Yount v. Shashek*, 472 F. Supp. 2d 1055, 1057 n.1 (S.D. Ill. 2006) (citing *Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992)); *see Ferolie Corp. v. Advantage Sales & Mktg., LLC*, No. 04 C 5425, 2004 WL 2433114, at *1 (N.D. Ill. Oct. 28, 2004); *Hayes v. Bass Pro Outdoor World, LLC*, No. 02 C 9106, 2003 WL 187411, at *2 (N.D. Ill. Jan. 21, 2003).

As the party seeking to invoke federal diversity jurisdiction, 80/20 bears the burden of demonstrating that the requirement of complete diversity has been met. *Chase v. Shop'n Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997). Therefore, 80/20 is ORDERED to

supplement the record on or before September 2, 2015, by filing an amended complaint that adequately alleges the citizenship of Berendsen.

SO ORDERED.

Enter for this 19th day of August 2015.

s/ Susan Collins  
Susan Collins,  
United States Magistrate Judge